UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DALE E. BURTON,<br>    Plaintiff,<br><br>v.<br><br>SAPPI NORTH AMERICA INC.,<br>    Defendant. | Civil Action No. 2:17-cv-00110-JDL<br><br><br>**STIPULATION OF DISMISSAL** |

NOW COME the parties by and through their respective attorneys of record and pursuant to F. R. Civ. P. 41(a)(1)(A)(ii) stipulate that the above-captioned matter shall be dismissed as to all parties and all claims with prejudice and without costs or attorney's fees to any party.

Dated at Portland, Maine, this 18th day of December 2019.

| | |
|---|---|
| /s/ Robert W. Kline | /s/ Melinda J. Caterine |
| Robert W. Kline, Esq. | Melinda J. Caterine, Esq. |
| Kline Law Offices LLC | Littler Mendelson, P.C. |
| PO Box 7859 | 1 Monument Square, Suite 600 |
| Portland, ME 04112 | Portland, ME 04101 |
| (207) 772-4900 | (207) 699-1123 |
| rkline@klinelaw.me | mcaterine@littler.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |